No. 2, Misc. IN RE DELISLE;
No. 3, Misc. SRYGLEY *v.* UNITED STATES; and
No. 4, Misc. CRUM *v.* HUNTER, WARDEN. October 8, 1945. The applications are denied.

No. 9, Misc. BOZELL *v.* CLARK, ATTORNEY GENERAL. October 8, 1945. The petition for writ of injunction is denied.

No. 15, Misc. SINCLAIR *v.* DOWD, WARDEN. October 8, 1945. The motion for leave to file petition for writ of certiorari is denied.

No. 158. NEW YORK EX REL. RAY *v.* MARTIN, WARDEN. Appeal from the County Court, Wyoming County, New York. October 8, 1945. The appeal is dismissed for want of jurisdiction, § 237 (a) of the Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is granted. *Mr. Thomas J. McKenna* for appellant.